UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DEISSON OSMANDY VICENTE GALVEZ,

                              Petitioner,

v.

CHRISTOPHER LAROSE, in his official capacity as Warden of Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States,

                              Respondents.

Case No.:  3:26-cv-03072-LEK-SBC

**MINUTE ORDER DIRECTING PETITIONER TO FILE A SUPPLEMENTAL STATUS REPORT**

Petitioner Deisson Osmandy Vicente Galvez ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") on May 16, 2026. [Dkt. no. 1.] On May 27, 2026, this Court issued an amended order granting the Petition in part and denying it in part ("5/27 Order"). [Dkt. no. 7.] The 5/27 Order directed Respondents Christopher LaRose, in his official capacity as Warden of Otay Mesa Detention Center; Gregory J. Archambeault, in his official capacity as San Diego Field Office Director, ICE

Enforcement Removal Operations; Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; and Todd Blanche, in his official capacity as Attorney General of the United States ("Respondents"), to provide Petitioner with an individualized bond hearing consistent with the terms of the 5/27 Order within fourteen days. [Id. at 4.] The order stated that the status report was to "inform[] this Court of the **outcome** of the bond hearing." See id. (emphasis added).

On June 5, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 8.] The parties represented that a bond hearing was held in response to the 5/27 Order, but they did not provide the date of the bond hearing, nor did they state the outcome of the bond hearing. See id.

Petitioner is ORDERED to file a supplemental status report addressing whether there is any remaining issue in this case or whether the case should be closed. Petitioner shall file the supplemental status report by **June 15, 2026**.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 10, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**DEISSON OSMANDY VICENTE GALVEZ VS. CHRISTOPHER LAROSE, ET AL.; CASE NO. 3:26-CV-03072-LEK-SBC; MINUTE ORDER DIRECTING SUPPLEMENTAL STATUS REPORT**

3:26-cv-03072-LEK-SBC