UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DEISSON OSMANDY VICENTE GALVEZ,

Petitioner,

v.

CHRISTOPHER LAROSE, in his official capacity as Warden of Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States,

Respondents.

Case No.: 3:26-cv-03072-LEK-SBC

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Deisson Osmandy Vicente Galvez ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") on May 16, 2026. [Dkt. no. 1.] On May 27, 2026, this Court issued an amended order granting the Petition in part and denying it in part ("5/27 Order"). [Dkt. no. 7.] The 5/27 Order directed the respondents identified in the Petition, Christopher LaRose, in his official capacity as Warden of Otay Mesa Detention Center; Gregory J. Archambeault, in his official capacity as San Diego Field Office

Director, ICE Enforcement Removal Operations; Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; and Todd Blanche, in his official capacity as Attorney General of the United States ("Respondents"), to provide Petitioner with an individualized bond hearing consistent with the terms of the 5/27 Order within fourteen days. [Id. at 4.]

On June 5, 2026, Respondents filed the parties' Joint Status Report, stating that a bond hearing was held pursuant to the 5/27 Order. [Dkt. no. 8.] On June 11, 2026, Petitioner's Status Report was filed. [Dkt. no. 10.] Petitioner states that there are no remaining issues in this case and that this case should be closed. [Id. at 2.]

In light of the status reports, the Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 5/27 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 15, 2026.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**DEISSON OSMANDY VICENTE GALVEZ VS. CHRISTOPHER LAROSE, ET AL.; CASE NO. 3:26-CV-03072-LEK-SBC; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

3:26-cv-03072-LEK-SBC